B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chattic, Lonnie Bell** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Lonnie Chattic Gibbs** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2348** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**17010 Hoover Road**<br>**Sterling, IL**<br>ZIP Code **61081** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| --- | --- |
| County of Residence or of the Principal Place of Business:<br>**Whiteside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 513**<br>**Sterling, IL**<br>ZIP Code **61081** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br><br> **Chattic, Lonnie Bell** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chattic, Lonnie Bell** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lonnie Bell Chattic**
Signature of Debtor  **Lonnie Bell Chattic**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 29, 2010**
Date

### Signature of Attorney*

X **/s/ Megan G. Heeg**
Signature of Attorney for Debtor(s)

**Megan G. Heeg**
Printed Name of Attorney for Debtor(s)

**Ehrmann Gehlbach Badger & Lee, LLC**
Firm Name

**215 E. First Street**
**P.O. Box 447**
**Dixon, IL 61021**

Address

**Email: heeg@egbbl.com**
**815-288-4949  Fax: 815-288-3068**
Telephone Number

**January 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Lonnie Bell Chattic__                             Case No. _____

                                                    Debtor(s)        Chapter     **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Lonnie Bell Chattic**
                      **Lonnie Bell Chattic**

Date:   **January 29, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonnie Bell Chattic**
              Debtor       ,

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 1,112,951.00 | | |
| B - Personal Property | Yes | 4 | 44,706.29 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 1,143,306.42 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 742,521.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 8,448.40 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,193.97 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | Total Assets | | 1,157,657.29 | | |
| | | Total Liabilities | | 1,885,828.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonnie Bell Chattic**_____,    Case No. _____

_____ Debtor

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re  **Lonnie Bell Chattic**                                                                    Case No. _____
                                                                                     ,
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 24 Holly Road, Sterling, IL. (Appraised at 262,000 on 10/31/06. Per Sept, 2009 market analysis, now worth $175,000.) | **Fee simple** | - | 175,000.00 | 261,850.00 |
| 17010 Hoover St., Sterling, IL (Listed for disclosure purposes. Owned by daughter; purchased by daughter in July, 2009 for $160,000, Daughter and debtor have an oral understanding that Debtor will purchase parcel from daughter. Subject to mortgage loan in daughter's name in the approximate amount of $155,000.00) | | - | 155,000.00 | 0.00 |
| 208 E. 6th Sterling, IL (A duplex. Appraised at 78,000 on 07/23/03; assessed at 19,710. In foreclosure.) | **Fee simple** | - | 59,130.00 | 68,845.95 |
| 803 W. 4th, Serling, IL (A duplex. Appraised at 58,000 on 07/23/03; assessed at 15,856. In foreclosure.) | **Fee simple** | - | 47,568.00 | 59,639.01 |
| 1012 - 1014 W. 4th, Sterling , IL (A four plex. Appraised at 134,000. on 12/6/06; assessed at 38,935. In foreclosure) | **Fee simple** | - | 116,805.00 | 146,682.03 |
| 302 W. 4th, Sterling, IL (A single family. Appraised at 74,000. on 7/18/06; assessed at 20,672. In foreclosure) | **Fee simple** | - | 62,016.00 | 64,750.97 |
| 706 Locust, Sterling, IL (A five plex. Appraised at 105,000. on 9/17/2003) | **Fee simple** | - | 67,000.00 | 82,818.00 |
| 607 13th, Sterling, IL (A single family. Appraised at 34,000. on 6/7/2004) | **Fee simple** | - | 21,000.00 | 26,885.00 |
| 701 Grace Avenue, Rock Falls, IL (A single family. Appraised at 35,000. on 5/4/04) | **Fee simple** | - | 29,469.00 | 56,692.00 |
| 512 E. 10th, Sterling, IL (A single family. Appraised at 40,000 on 2/4/02) | **Fee simple** | - | 33,267.00 | 0.00 |
| | | Sub-Total > | 766,255.00 | (Total of this page) |

___1___ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1109 Ave. J, Sterling, IL    (A single family. Appraised at 37,000. on 10/4/04)** | **Fee simple** | - | **35,000.00** | **29,221.00** |
| **1008 W. 5th, Sterling, IL  (A single famly.  Appraised at 40,000. on 2/13/04)** | **Fee simple** | - | **37,167.00** | **210,113.00** |
| **601 Avenue E, SterING, IL    (A single family. Appraised at 24,000. on 4/18/02)** | **Fee simple** | - | **28,302.00** | **0.00** |
| **603 Avenue E, Sterling, IL  (A single family. Appraised at 24,000. on 4/18/02)** | **Fee simple** | - | **28,302.00** | **0.00** |
| **605 Avenue E, Sterling, IL  (A single family. Appraised at 24,000. on 4/18/02)** | **Fee simple** | - | **28,302.00** | **0.00** |
| **1205 W. 20th, Rock Falls, IL   (A single family. Appraised at 45,200. on 11/02)** | **Fee simple** | - | **44,228.00** | **0.00** |
| **503 W. 6th Avenue, Sterling, IL  (A tri-plex. Appraised at 115,000. on 11/16/01)** | **Fee simple** | - | **92,973.00** | **0.00** |
| **1803 4th Avenue, Rock Falls, IL  (A single family. Appraised at 50,000. on 11/30/04)** | **Fee simple** | - | **52,422.00** | **52,422.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **346,696.00** | (Total of this page) |
| Total > | **1,112,951.00** |  |

Sheet __1__ of __1__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Lonnie Bell Chattic**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | On person and at home. | - | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sterling Federal Bank - Checking. (Listed for disclosure purposes. This is the rental account.) | - | 2,641.29 |
| | | | Select Credit Union Checking Account | - | 900.00 |
| | | | Select Credit Union Savings Account | - | 800.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 17010 Hoover Rd, Sterling Tv's, Couches, Bedroom Furniture x3, Shelves, knickknacks, Dining Room | - | 1,200.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Bibles, Self-help books, pictures on walls | - | 200.00 |
| 6. | Wearing apparel. | | Normal compliement of clothing for female | - | 200.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Treadmill and other exercise equipment | - | 200.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **6,341.29** |
|---|---|---|
| | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Lonnie Bell Chattic** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Past Due rent owed from evicted tenants -- most reduced to judgment (assume uncollectable)** | - | 17,500.00 |
| | | **Past due rent owed from current tenants (approximate)** | - | 1,540.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2009 tax refund (estimated)** | - | 650.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Term life insurance policy** | - | 0.00 |

| | Sub-Total > | **19,690.00** |
|---|---|---|
| | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential cause of action against credit counseling agency for perceived lack of action after receiving over $11,000 over a one year period** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford F150 4 wheel drive (kkb of 5,100)** | - | **5,100.00** |
| | | **2006 Path Finder (kkb of 12,575.)** | - | **12,575.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, desk, office supplies** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **John Deere lawn tractor  (older)** | - | **500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **18,675.00**
(Total of this page)

Sheet __2__ of __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > | 0.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 44,706.29 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Lonnie Bell Chattic**                                                    ,    Case No. _____
                                                    **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **17010 Hoover St., Sterling, IL (Listed for disclosure purposes. Owned by daughter; purchased by daughter in July, 2009 for $160,000, Daughter and debtor have an oral understanding that Debtor will purchase parcel from daughter. Subject to mortgage loan in daughter's name in the approximate amount of $155,000.00)** | **735 ILCS 5/12-901** | **15,000.00** | **155,000.00** |
| **Cash on Hand** | | | |
| **On person and at home.** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **17010 Hoover Rd, Sterling** **Tv's, Couches, Bedroom Furniture x3, Shelves, knickknacks, Dining Room** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Bibles, Self-help books, pictures on walls** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| **Normal compliement of clothing for female** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Treadmill and other exercise equipment** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Accounts Receivable** | | | |
| **Past Due rent owed from evicted tenants -- most reduced to judgment (assume uncollectable)** | **735 ILCS 5/12-1001(b)** | **0.00** | **17,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Ford F150 4 wheel drive (kkb of 5,100)** | **735 ILCS 5/12-1001(c)** **735 ILCS 5/12-1001(b)** | **2,400.00** **1,900.00** | **5,100.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computers, desk, office supplies** | **735 ILCS 5/12-1001(d)** | **500.00** | **500.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **John Deere lawn tractor  (older)** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | | Total: **22,300.00** | **180,600.00** |

**0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Lonnie Bell Chattic**                                                                 , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx3-FNF**<br><br>**American Home Mortg Servicing as successor to Option One**<br>**P.O. Box 631730**<br>**Irving, TX 75063-1730** | | - | **208 E. 6th Sterling, IL (A duplex. Appraised at 78,000 on 07/23/03; assessed at 19,710.  In foreclosure.)**<br><br>Value $                **59,130.00** | | | | 64,431.56 | 5,301.56 |
| Account No. **xxxxxxxxx1145**<br><br>**ASC**<br>**P.O. Box 10388**<br>**Des Moines, IA 50306-0388** | | - | **7/19/04**<br><br>**First Mortgage on parcel owned by Son**<br><br>**411 8th Avenue,  (A single family. Appraised 49,000. on 7/19/04 (in son's name)**<br>Value $                **63,621.00** | | | | 62,825.00 | 0.00 |
| Account No. **xxxxxxxxx0508**<br><br>**Citi Bank**<br>**Box 5926**<br>**Carol Stream, IL 60197-5926** | | - | **10/31/06**<br><br>**First Mortgage**<br><br>**24 Holly Road, Sterling, IL. (Appraised at 262,000 on 10/31/06.  Per Sept, 2009 market analysis, now worth $175,000.)**<br>Value $                **175,000.00** | | | | 209,524.00 | 34,524.00 |
| Account No. **xxxxxxxxx8171**<br><br>**Citi Bank**<br>**P.O. Box 5926**<br>**Carol Stream, IL 60197-0592** | | - | **7/23/03**<br><br>**First Mortgage - same debt as AHMS**<br><br>**208 E. 6th Sterling, IL (A duplex. Appraised at 78,000 on 07/23/03; assessed at 19,710.  In foreclosure.)**<br>Value $                **59,130.00** | | | | 0.00 | 0.00 |

**5**   continuation sheets attached

|  | Subtotal | 336,780.56 | 39,825.56 |
|---|---|---|---|
|  | (Total of this page) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                                                        ,    Case No. _____
                                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3818** | | | 7/23/03 | | | | | |
| Citi Bank PO Box 5926 Carol Stream, IL 60197-0592 | - | | First Mortgage<br><br>803 W. 4th, Serling, IL (A duplex. Appraised at 58,000 on 07/23/03; assessed at 15,856.  In foreclosure.) | | | | | |
| | | | Value $          47,568.00 | | | | 58,000.00 | 10,432.00 |
| Account No. **xxxxxx1840** | | | 4/13/07 | | | | | |
| Citizens Bank 480 Jefferson Blvd Rje 135 Warwick, RI 02886 | | | Purchase Money Security<br><br>2006 Path Finder (kkb of 12,575.) | | | | | |
| | | | Value $          12,575.00 | | | | 19,257.00 | 6,682.00 |
| Account No. **xxxx9449** | | | 302 W. 4th, Sterling, IL   (A single family. Appraised at 74,000. on 7/18/06; assessed at 20,672. In foreclosure) | | | | | |
| Litton PO Box 4387 Houston, TX 77210-4387 | - | | | | | | | |
| | | | Value $          62,016.00 | | | | 62,614.00 | 598.00 |
| Account No. **xx-xx-xx0-013** | | | 10/27/08 | | | | | |
| Realtax Developers PO Box 3021 Peoria, IL 61612 | - | | sold real estate taxes<br><br>302 W. 4th, Sterling, IL   (A single family. Appraised at 74,000. on 7/18/06; assessed at 20,672. In foreclosure) | | | | | |
| | | | Value $          62,016.00 | | | | 2,136.97 | 2,136.97 |
| Account No. **xx-xx-xx4-005** | | | 10/27/08 | | | | | |
| Realtax Developers PO Box 3021 Peoria, IL 61612 | - | | sold real estate taxes<br><br>803 W. 4th, Serling, IL (A duplex. Appraised at 58,000 on 07/23/03; assessed at 15,856.  In foreclosure.) | | | | | |
| | | | Value $          47,568.00 | | | | 1,639.01 | 1,639.01 |

Sheet  **1**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

143,646.98    21,487.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Lonnie Bell Chattic**                                    ,   Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xx-xx7-018** | | | 10/27/08 | | | | | |
| **Realtax Developers** PO Box 3021 Peoria, IL 61612 | | - | sold real estate taxes 1104 Douglas, Sterling, IL  (A single family.  Appraised at 74,000. on 7/19/04) Or is this 1102 Douglas  (8 tr)?? | | | | | |
| | | | Value $              44,232.00 | | | | 1,305.46 | 1,305.46 |
| Account No. **xx-xx-xx2-014** | | | real estate tax buyer | | | | | |
| **Realtax Developers** PO Box 3021 Peoria, IL 61612 | | - | 208 E. 6th Sterling, IL (A duplex. Appraised at 78,000 on 07/23/03; assessed at 19,710.  In foreclosure.) | | | | | |
| | | | Value $              59,130.00 | | | | 4,414.39 | 4,414.39 |
| Account No. **xxxxx1332** | | | 10/31/06 | | | | | |
| **Resurgent** Box 10826 Greenville, SC 29603 | | - | Second Mortgage 24 Holly Road, Sterling, IL. (Appraised at 262,000 on 10/31/06.  Per Sept, 2009 market analysis, now worth $175,000.) | | | | | |
| | | | Value $            175,000.00 | | | | 52,326.00 | 52,326.00 |
| Account No. **xx-xx-xx7-007** | | | 10/27/08 | | | | | |
| **Salta Group, Inc.** 666 Vernon Ave Glencoe, IL 60022 | | - | sold real estate taxes 1012 - 1014 W. 4th, Sterling , IL  (A four plex.  Appraised at 134,000. on 12/6/06; assessed at 38,935.  In foreclosure) | | | | | |
| | | | Value $            116,805.00 | | | | 3,966.03 | 3,966.03 |
| Account No. **xxxxxx7112** | | | 12/5/2006) | | | | | |
| **Saxon Mortgage Service** PO Box 2900 Mission, KS 66201 | | - | First Mortgage 1012 - 1014 W. 4th, Sterling , IL  (A four plex.  Appraised at 134,000. on 12/6/06; assessed at 38,935.  In foreclosure) | | | | | |
| | | | Value $            116,805.00 | | | | 142,716.00 | 25,911.00 |

Sheet  **2**   of  **5**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 204,727.88 | 87,922.88 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Lonnie Bell Chattic**                                                                        ,   Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1389**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | 10/24/03<br><br>**First Mortgage**<br><br>**706 Locust, Sterling, IL  (A five plex. Appraised at 105,000. on 9/17/2003)** | | | | | |
| | | | Value $       **67,000.00** | | | | **82,818.00** | **15,818.00** |
| Account No. **xxxxxxx2263**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | 6/28/04<br><br>**First Mortgage**<br><br>**607 13th, Sterling, IL  (A single family. Appraised at 34,000. on 6/7/2004)** | | | | | |
| | | | Value $       **21,000.00** | | | | **26,885.00** | **5,885.00** |
| Account No. **xxxxxx2594**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | 10/29/04<br>**1st Mtg on 701 Grace & 512 E 10th (aggregate market analysis value of 60,267.00)**<br>**701 Grace Avenue, Rock Falls, IL  (A single family.  Appraised at 35,000. on 5/4/04)** | | | | | |
| | | | Value $       **29,469.00** | | | | **56,692.00** | **27,223.00** |
| Account No. **xxxxxx2594**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | **first mtg on 512 E 10th &  701 Grace (total mtg debt of 56,692)**<br><br>**512 E. 10th, Sterling, IL  (A single family. Appraised at 40,000 on 2/4/02)** | | | | | |
| | | | Value $       **33,267.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxx2669**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | 10/29/04<br><br>**First Mortgage**<br><br>**1109 Ave. J, Sterling, IL    (A single family.  Appraised at 37,000. on 10/4/04)** | | | | | |
| | | | Value $       **35,000.00** | | | | **29,221.00** | **0.00** |

Sheet __**3**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **195,616.00**      **48,926.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Lonnie Bell Chattic** _____,    Case No. _____

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2586**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | **10/29/04**<br><br>**1st Mortgage on 6 parcels - aggragate appraised value of 222,167.00)**<br><br>**1008 W. 5th, Stering, IL  (A single famly. Appraised at 40,000. on 2/13/04)**<br>Value $                37,167.00 | | | | 210,113.00 | 172,946.00 |
| Account No. **xxxxxx2586**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | **1st mtg on 6 parcels**<br><br>**601 Avenue E, Stering, IL  (A single family.  Appraised at 24,000. on 4/18/02)**<br><br>Value $                28,302.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxxx2586**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | **1st mtg on 6 parcels**<br><br>**603 Avenue E, Sterling, IL  (A single family.  Appraised at 24,000. on 4/18/02)**<br><br>Value $                28,302.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxxxx2586**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | **1st mtg on 6 parcels**<br><br>**605 Avenue E, Sterling, IL  (A single family. Appraised at 24,000. on 4/18/02)**<br><br>Value $                28,302.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxxx2586**<br><br>**Sterling Federal Bank**<br>**410 E. Lincolnway**<br>**Morrison, IL 61270** | | - | **1st mtg on 6 parcels**<br><br>**1205 W. 20th, Rock Falls, IL   (A single family.  Appraised at 45,200. on 11/02)**<br><br>Value $                44,228.00 | | | | 0.00 | 0.00 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)           210,113.00     172,946.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Lonnie Bell Chattic** _____,    Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2586** <br><br> **Sterling Federal Bank** <br> **410 E. Lincolnway** <br> **Morrison, IL 61270** | - | | **1st mgt on 6 parcels** <br><br> **503 W. 6th Avenue, Stering, IL  (A tri-plex.  Appraised at 115,000. on 11/16/01)** <br><br> Value $               **92,973.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxx4525** <br><br> **Sterling Federal Bank** <br> **410 E. Lincolnway** <br> **Morrison, IL 61270** | - | | **1803 4th Avenue, Rock Falls, IL  (A single family.  Appraised at 50,000. on 11/30/04)** <br><br> Value $               **52,422.00** | | | | **52,422.00** | **0.00** |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |

Sheet **5**___ of **5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **52,422.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,143,306.42** | **371,108.42** |

B6E (Official Form 6E) (12/07)

.

In re    **Lonnie Bell Chattic**                                                    Case No. _____
                                                                        ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Lonnie Bell Chattic**                                               ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx0852**<br><br>AHMS<br>P.O Box 631730<br>Irving, TX 75063-1730 | - | | | | 8/23/2004<br>502 W. 6th, Sterling, IL (A single family. Appraised at 70,000 on 08/23/04) - potential deficiency | | | | 54,000.00 |
| Account No. **xxxx0266**<br><br>AHMS<br>P.O Box 631730<br>Irving, TX 75063-1730 | - | | | | 8/23/2004<br>805 W. 10th Street, Sterling, IL (A single family. Appraised at 64,000 on 07/23/03; assessed 14,744.) - potential deficiency | | | | 58,000.00 |
| Account No. **xxxxxxxx7808**<br><br>AHMS<br>P.O.Box 631730<br>Irving, TX 75063-1730 | - | | | | 3/24/2006<br>711 E. 12th Street, Sterling, IL (A single family. Appraised at 115,000. on 03/24/06; assessed 29,632) - potential deficiency | | | | 74,000.00 |
| Account No.<br><br>Alecsis Pope<br>c/o Daniel J. Depke, Kanoski & Assc<br>2540 Broadway<br>Quincy, IL 62301 | - | | | | 2009lm 45<br>Alleged slip and fall | | X | X | 0.00 |

|  |  |  |
|---|---|---|
| __15__  continuation sheets attached | Subtotal<br>(Total of this page) | 186,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:24511-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonnie Bell Chattic**                                                           ,     Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1741**<br><br>**Allstate Indemnity Company**<br>**P.O. Box 3589**<br>**Akron, OH 44309-3589** | - | | **Sept 2009**<br>**homeowners ins policies xxxxxx741 - $48.64; xxxxxx528 - $33.09; xxxxxx526 - $40.87; xxxxxx969 - $119.63; xxxxxx319 - $30.01; xxxxxx682 - $32.56** | | | | 304.80 |
| Account No. **xxxxx7683**<br><br>**Allstate Indemnity Company**<br>**P.O. Box 3589**<br>**Akron, OH 44309-3589** | - | | **Sept 2009**<br>**homeowner's ins policies: xxxxxx683 - $53.83; xxxxxx205 - $28.71; xxxxxx207 - $32.43; xxxxxx208 - $40.82; xxxxxx604 - $26.26; xxxxxx605 - $28.76** | | | | 210.81 |
| Account No. **xxxxx4810**<br><br>**Allstate Indemnity Company**<br>**P.O. Box 3589**<br>**Akron, OH 44309-3589** | - | | **Sept 2009**<br>**homeowner's policies:  xxxxxx810 - $39.87; xxxxxx810 - $39.87; 912040837 - $40.87; xxxxxx836 - $34.94** | | | | 115.55 |
| Account No. **xxxxxxxx7038**<br><br>**AMC Mortage Services**<br>**Attn:  Bankruptcy Dept.**<br>**Po Box 11000**<br>**Santa Ana, CA 92711** | - | | **Opened 10/31/06  Last Acive 5/09/07**<br>**RealEstateMortgageWithoutOther Collateral** | | | | 0.00 |
| Account No. **xxxxxxxx3393**<br><br>**AMC Mortage Services**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 11000**<br>**Santa Ana, CA 92711** | - | | **Opened  7/18/06  Last Active  5/09/07**<br>**RealEstateSpecificTypeUnknown** | | | | 0.00 |

Sheet no. __**1**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

631.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0883**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | | **Opened  8/29/89  Last Active  5/02/08**<br>**CreditCard** | | | | **8,505.00** |
| Account No. **xxxxxxxx8913**<br><br>**American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** | - | | | **Opened  8/23/04  Last Active  6/16/08**<br>**RealEstateSpecificTypeUnknown** | | | | **Unknown** |
| Account No. **xxxxxxxxx0852**<br><br>**American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** | - | | | **Opened  8/23/04  Last Active  6/16/08**<br>**RealEstateSpecificTypeUnknown** | | | | **Unknown** |
| Account No. **xxxxx2561**<br><br>**ASC**<br>**P.O. Box 10388**<br>**Des Moines, IA 50306-0388** | - | | | **9/21/05**<br>**1001 6th Avenue, Sterling, IL (A duplex.**<br>**Appraised at 78,000 on 09/21/05; assessed**<br>**25,888) - potential deficiency** | | | | **62,411.00** |
| Account No. **xxxxxh107**<br><br>**Barclays Capital Real Estate, Inc.**<br>**c/o Codillis & Associates**<br>**15W030N. Frontage Rd**<br>**Willowbrook, IL 60527** | - | | | | | | | **0.00** |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70,916.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonnie Bell Chattic**                              ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0519** <br><br> **Bayview** <br> **PO BOx 3042** <br> **Miami, FL 33233-1409** | - | | | **9/24/07** <br> **608-620 E. 3rd, Sterilng, IL   (An 11-plex.** <br> **Appraised at 300,000. on 9/24/07. Sold in** <br> **October 2009.  - potential deficiency** | | | | **11,000.00** |
| Account No. **xxxxxx0512** <br><br> **Bayview** <br> **PO Box 3042** <br> **Miami, FL 33233-1409** | - | | | **9/24/07** <br> **608-620 E. 3rd, Sterilng, IL   (An 11-plex.** <br> **Appraised at 300,000. on 9/24/07. Sold in** <br> **October 2009.  - poential deficiency** | | | | **176,000.00** |
| Account No. <br><br> **Bayview Loan Servicing, LLC** <br> **Box 3042** <br> **Miami, FL 33233-1049** | - | | | **2009CH25** | | | | **0.00** |
| Account No. **3817** <br><br> **Bk Of Amer** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | - | | | **Opened  7/27/88  Last Active  5/02/08** <br> **CreditCard** | | | | **25,851.00** |
| Account No. **6805** <br><br> **Bk Of Amer** <br> **Po Box 1598** <br> **Norfolk, VA 23501** | - | | | **Opened  9/27/01  Last Active  5/02/08** <br> **CreditCard** | | | | **7,391.00** |

Sheet no. __**3**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**220,242.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lonnie Bell Chattic**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-6805**<br><br>**Blitt and Gaines, P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | - | | | | **FIA Card Services** | | | | 7,391.23 |
| Account No. **xxxx-xxxx-xxxx-9997**<br><br>**Blitt and Gaines, P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | - | | | | **Capital One Bank** | | | | 1,477.70 |
| Account No. **x6812; x7004; x7368; x7381**<br><br>**Brand Heating**<br>**203 W Main Street**<br>**Rock Falls, IL 61071** | - | | | | **various** | | | | 703.20 |
| Account No. **xxxxx8208**<br><br>**Caine & Weiner**<br>**Box 5010**<br>**Woodland Hills, CA 91365** | - | | | | **Auto Owners Insurance** | | | | 166.20 |
| Account No. **xxxxxxxx0144**<br><br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** | - | | | | **Opened 10/25/05  Last Active  5/02/08**<br>**CreditCard** | | | | 10,228.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of                                    Subtotal                        19,966.33
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonnie Bell Chattic**                                               ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0901** | | | Opened 1/29/90 Last Active 5/02/08 **CreditCard** | | | | |
| **Chase** **800 Brooksedge Blv** **Westerville, OH 43081** | - | | | | | | 10,126.00 |
| Account No. **xxxxxxxx2625** | | | Opened 2/18/06 Last Active 4/18/07 **Automobile** | | | | |
| **Chase** **201 N. Central Ave Floor 11** **Phoenix, AZ 85004** | - | | | | | | 0.00 |
| Account No. **xxxxxxx2010** | | | Opened 8/03/01 Last Active 2/21/06 **Lease** | | | | |
| **Chase Auto** **150 E Campusview** **Worthington, OH 43235** | - | | | | | | 0.00 |
| Account No. **xxxxxxx4870** | | | Opened 11/20/07 Last Active 5/01/08 **Educational** | | | | |
| **Chase Std Ln** **Po Box 6004** **Ridgeland, MS 39158** | - | | | | | | 29,798.00 |
| Account No. **xxxxxxx7719** | | | Opened 9/19/01 Last Active 2/06/09 **ChargeAccount** | | | | |
| **Citibank Usa** **Attn.: Centralized  Bankruptcy** **Po Box 20507** **Kansas City, MO 64195** | - | | | | | | 0.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      39,924.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxx9206** | | | | | Opened  9/01/96  Last Active  2/01/03 ChargeAccount | | | | |
| **Consecofin** **345 St Peter/900 Landmk** **Saint Paul, MN 55102** | - | | | | | | | | **Unknown** |
| Account No. | | | | | 2009ch35 | | | | |
| **Deutsche Bank Nat'l Trust Co** **c/o Pierce & Assoc.** **1 North Dearborn** **Chicago, IL 60602** | - | | | | | | | | 0.00 |
| Account No. | | | | | 2009CH61 | | | | |
| **Deutsche Bank Nat'l Trust Co.** **c/o Freedman, Anselmo, Lindberg** **1801 W. Piehl Road** **Naperville, IL 60566-7228** | - | | | | | | | | 0.00 |
| Account No. | | | | | 2009CH116 | | | | |
| **Deutsche Bank Nat'l Trust Co.** **c/o Pierce & Assoc.** **1 North Dearborn** **Chicago, IL 60602** | - | | | | | | | | 0.00 |
| Account No. | | | | | 2009CH192 | | | | |
| **Deutsche Bank Nat'l Trust Co.** **c/o Pierce & Assoc.** **1 North Dearborn** **Chicago, IL 60602** | - | | | | | | | | 0.00 |

Sheet no. __6___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lonnie Bell Chattic**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx8925** | | | | | | | |
| **Dish Network** **Dept 0063** **Palatine, IL 60055-0063** | - | | | | | | 80.00 |
| Account No. **xxxxxxxxxxxxxx1200** | | | Opened 1/21/09 Last Active 10/01/09 Educational | | | | |
| **Dpt Ed/slm** **1002 Arthur Dr** **Lynn Haven, FL 32444** | - | | | | | | 5,500.00 |
| Account No. **xxxxxxxxxxxxxx2200** | | | Opened 1/21/09 Last Active 10/01/09 Educational | | | | |
| **Dpt Ed/slm** **1002 Arthur Dr** **Lynn Haven, FL 32444** | - | | | | | | 4,177.00 |
| Account No. | | | Case No. 2009SC1621 | | | | |
| **Ed King & Son, Inc.** **8 W 5th St** **Sterling, IL 61081** | - | | | | | | 4,837.00 |
| Account No. **xxxxxxxxxxxx9183** | | | Opened 11/01/95 Last Active 2/05/09 CreditCard | | | | |
| **Exxon Mobile/GE Consumer Finance** **Po Box 103104** **Roswell, GA 30076** | - | | | | | | 4,082.39 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,676.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lonnie Bell Chattic**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2171** <br><br> **Fashion Bug/soanb** <br> **Attn: Bankruptcy** <br> **6356 Corley Rd** <br> **Norcross, GA 30091** | - | | Opened 4/01/00  Last Active 1/21/09 CreditCard | | | | 0.00 |
| Account No. **xxxx xx. xxxxx 1022** <br><br> **FIA Card Services, NA** <br> **Client Services** <br> **3451 Harry Truman Blvd** <br> **Saint Charles, MO 63301-4047** | - | | | | | | 7,238.93 |
| Account No. <br><br> **Freeport- Cental Business Office** <br> **Dr. Khan** <br> **PO Box 268** <br> **Freeport, IL 61032** | - | | medical services | | | | 0.00 |
| Account No. <br><br> **GE Money Bank** <br> **P.O. Box 105980** <br> **Atlanta, GA 30353** | - | | 2009 SC 617 Walmart debt | | | X | 1,400.00 |
| Account No. **xxxxxxx9573** <br><br> **Gemb/jcp** <br> **Attention: Bankruptcy** <br> **Po Box 103106** <br> **Roswell, GA 30076** | - | | Opened 10/23/79  Last Active 4/25/08 ChargeAccount | | | | 4,290.27 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **12,929.20**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Lonnie Bell Chattic**_____,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3226**<br><br>**Gemb/walmart**<br>**Po Box 981400**<br>**El Paso, TX 79998** | - | | **Opened 3/01/01 Last Active 12/24/08**<br>**ChargeAccount** | | | | **1,618.00** |
| Account No. **xxxxxxxx1021**<br><br>**Gemb/walmart**<br>**Po Box 981400**<br>**El Paso, TX 79998** | - | | **Opened 11/01/84 Last Active 5/05/03**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxx0137**<br><br>**GMAC**<br>**Attention: Bankruptcy Dept.**<br>**1100 Virginia Drive**<br>**Fort Washington, PA 19034** | - | | **Opened 10/31/06 Last Active 2/08/08**<br>**RealEstateSpecificTypeUnknown** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx8727**<br><br>**Harris Bank Nh, N.a.**<br>**3565 Piedmont Rd Ne**<br>**Atlanta, GA 30305** | - | | **Opened 4/01/84 Last Active 5/01/01**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxx2235**<br><br>**Home Eq**<br>**PO Box 70830**<br>**Charlotte, NC 28272-0830** | - | | **7/19/04**<br>**1104 Douglas, Sterling, IL (A single family.**<br>**Appraised at 74,000. on 7/19/04 - potential**<br>**deficiency** | | | | **53,488.00** |

Sheet no. __**9**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55,106.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lonnie Bell Chattic** ,                     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx8312** <br><br> **Hsbc/brgnr** <br> **PO Box17264** <br> **Baltimore, MD 21297-1264** | | - | | **Opened  7/03/00  Last Active  4/24/08** <br> **ChargeAccount** | | | | **1,081.00** |
| Account No. <br><br> **James Ferris, DDS** <br> **2000 N Locust St** <br> **Suite B** <br> **Sterling, IL 61081** | | - | | | | | | **1,639.00** |
| Account No. <br><br> **KGH Investment** <br> **1050 Lincoln Highway** <br> **Rochelle, IL 61068** | | - | | **property tax buyer for 711 E. 12th, Sterling parcel** | | | | **0.00** |
| Account No. <br><br> **King's Plumbing** <br> **8 W Fifth st** <br> **Sterling, IL 61081** | | - | | **plumbing services** | | | | **4,837.00** |
| Account No. **xxxxxxx3709** <br><br> **Lvnv Funding** <br> **Po Box 740281** <br> **Houston, TX 77274** | | - | | **Opened 11/18/08** <br> **Sears charge card** | | | | **7,637.00** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)              **15,194.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lonnie Bell Chattic**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx 3202** <br><br> **Moring Disposal** <br> **PO Box 158** <br> **Forreston, IL 61030-0158** | - | | | | | | | 552.04 |
| Account No. <br><br> **Mt. Morris Savings & Loan** <br> **18 W. Main Street** <br> **Mount Morris, IL 61054** | - | | | | | | | 0.00 |
| Account No. **xxxxxxxx8665** <br><br> **Novastar Financial** <br> **Attn: Customer Relations/bktcy** <br> **Po Box 163405** <br> **Fort Worth, TX 76161** | - | | | **Opened 12/05/06  Last Active 10/16/07** <br> **RealEstateSpecificTypeUnknown** <br> **1012 W 4th St** <br> **Sterling, IL 61081** | | | | 0.00 |
| Account No. **xx-xx-xx2-003** <br><br> **Realtax Developers** <br> **PO Box 3021** <br> **Peoria, IL 61612** | - | | | **10/27/08** <br> **705 W. 5th, Sterling, IL.  (A single family.** <br> **Appraised at $56.500 on 3/26/09)** <br> **Subject to mortgage foreclosure** | | | | 1,374.06 |
| Account No. **xxxxxxxxxxxxx1200** <br><br> **Sallie Mae** <br> **1002 Arthur Dr** <br> **Lynn Haven, FL 32444** | - | | | **Opened  7/17/07  Last Active 10/01/09** <br> **Educational** | | | | 4,500.00 |

Sheet no. __**11**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,426.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lonnie Bell Chattic**                                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx6200 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | - | | Opened 4/22/08 Last Active 10/01/09 <br> Educational | | | | 4,351.00 |
| Account No. xxxxxxxxxxxxx5200 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | - | | Opened 4/22/08 Last Active 10/01/09 <br> Educational | | | | 3,500.00 |
| Account No. xxxxxxxxxxxxx2200 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | - | | Opened 7/17/07 Last Active 10/01/09 <br> Educational | | | | 3,417.00 |
| Account No. xxxxxxxxxxxxx4200 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | - | | Opened 12/14/07 Last Active 10/01/09 <br> Educational | | | | 2,252.00 |
| Account No. xxxxxxxxxxxxx3200 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | - | | Opened 12/14/07 Last Active 10/01/09 <br> Educational | | | | 1,000.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **14,520.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonnie Bell Chattic** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sauk Valley Plumber**<br>**326 North Main**<br>**Milledgeville, IL 61051** | - | | | | | | **1,616.58** |
| Account No. **xxxxxxxx3709** <br><br>**Sears/cbsd**<br>**701 East 60th St N**<br>**Sioux Falls, SD 57117** | - | | Opened 11/01/74  Last Active  4/25/08<br>ChargeAccount<br>LVNC Funding<br>PO Box 740281<br>Houston, TX 77274 | | | | **0.00** |
| Account No. **xxxxxxxxxxx7724** <br><br>**Swift Rock Financial**<br>**P.O. Box 81867**<br>**Austin, TX 78708** | - | | various<br>potential liability for cancellation of debt consolation contract | | | X | **Unknown** |
| Account No. **xxx1495** <br><br>**Terminix**<br>**328 E. 59th Street**<br>**Davenport, IA 52807** | - | | 1/31/09 through 5/18/09 | | | | **450.00** |
| Account No. **xxx6956** <br><br>**Terminix**<br>**328 E. 59th Street**<br>**Davenport, IA 52807** | - | | 2/09 through 6/09 | | | | **214.00** |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,280.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonnie Bell Chattic**                                                          ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6956** | | | 1/5/09 | | | | |
| **Terminix** **328 E. 59th Street** **Davenport, IA 52807** | - | | | | | | 214.00 |
| Account No. | | | 2009ch60 | | | | |
| **US Bank Nat'l Assoc** **c/o Codilis & Assoc.** **15 W. 030 North Frontage Rd. St 100** **Willowbrook, IL 60527** | - | | 1001 6th Ave Sterling, IL 61081 | | | | 0.00 |
| Account No. | | | 2009ch173 | | | | |
| **US Bank Nat'l Assoc** **c/o Codilis & Assoc.** **15 W. 030 N. Frontage Rd. St 100** **Willowbrook, IL 60527** | - | | | | | | 0.00 |
| Account No. **xxxxxxxx0969** | | | Opened 9/23/96 Last Active 4/25/08 ChargeAccount | | | | |
| **Us Bank/na Nd** **Attn: Bankruptcy Dept** **Po Box 5229** **Cincinnati, OH 45201** | - | | | | | | 6,523.00 |
| Account No. **5030** | | | Opened 8/21/08 Last Active 10/01/09 Educational | | | | |
| **Wach Ed Fin** **Po Box 13667** **Sacramento, CA 95853** | - | | | | | | 16,973.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **23,710.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonnie Bell Chattic**                                                                ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wells Fargo<br>Kluever & Platt LLC<br>65 E. Wacker Dr., Suite 2300<br>Chicago, IL 60601** | - | | **2009ch41<br>705 W 5th St Sterling, IL 61081** | | | | 0.00 |
| Account No.<br><br>**Wells Fargo Bk, as Trustee Option 1<br>PO Box 631730<br>Irving, TX 75063-1730** | - | | **705 W. 5th, Sterling, IL.  (A single family. Appraised at $56.500 on 3/26/09. - potential deficiency.** | | | | 56,000.00 |
| Account No.<br><br>**Wells Fargo Co<br>c/o Pierce & Assoc.<br>1 North Dearborn<br>Chicago, IL 60602** | - | | **2009ch39<br>502 W 6th St Sterling, IL 61081** | | | | 0.00 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 56,000.00 |
| | Total<br>(Report on Summary of Schedules) | 742,521.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Lonnie Bell Chattic**                                                      ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Andrew Kennedy**<br>**603 Avenue E**<br>**Sterling, IL 61081** | **Lease of 603 Avenue E @ 450/m0** |
| **Cindy Garcia**<br>**605 Avenue E**<br>**Sterling, IL 61081** | **Lease of 605 Avenue E @ 400/mo** |
| **Crystal McCloud**<br>**1109 Avenue J**<br>**Sterling, IL 61081** | **Lease of 1109 Avenue J, Sterling @600/mo** |
| **Delia Canas**<br>**601 Aveune E**<br>**Sterling, IL 61081** | **Lease for 601 Aveue E, Sterling @ 450/mo** |
| **Guelmari Aquilar**<br>**701 Grace Avenue**<br>**Rock Falls, IL 61071** | **Lease of 701 Grace Ave., Rock Falls @400/mo** |
| **James Ferris, DDS**<br>**2000 N Locust St**<br>**Suite B**<br>**Sterling, IL 61081** | **Contract to pay $250/mo** |
| **Jennifer Turner**<br>**512 E. 10th**<br>**Sterling, IL 61081** | **Lease of 512 E. 1th, Sterling @550/mo** |
| **Ken Burnell**<br>**Home Town Realty**<br>**303 S. Peoria**<br>**Dixon, IL 61021** | **Listing agreement for sale of 706 Locust St, Sterling (listed for sale at 67,000)** |
| **Lennard Chattic**<br>**411 8th Avenue**<br>**Sterling, IL 61081** | **Oral contract for son to assume mortgage paymetns for 411 8th Ave** |
| **Lynn Chattic**<br>**24 Holly Road**<br>**Sterling, IL 61081** | **Oral contract for daughter to assume mortgage debt on 24 Holley, and oral contract for Lonnie to pay daughter's mortgage debt on 17017 Hoover Rd** |
| **Raymond Van Drew**<br>**1205 W. 20th**<br>**Rock Falls, IL 61071** | **Lease of 1205 W. 20th, Rock Falls @ 550/mo** |

1

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Lonnie Bell Chattic**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Reyna Nunez**<br>**503 6th Avenue**<br>**Sterling, IL 61081** | **Lease for 503 6th Avenue @635/mo expiring**<br>**1/1/10** |
| **Rocky Mountain Bank & Trust**<br>**a/k/a Swift Rock Financial**<br>**9820 E. 41st St., Ste 400**<br>**Tulsa, OK 74146** | **Debt consolidation contract** |
| **Shirley Adams**<br>**1803 4th Avenue**<br>**Rock Falls, IL 61071** | **Lease of 1803 W. 4th Ave, Rock Falls @ 550/mo** |
| **Tammy Baker**<br>**1008 W. 5th**<br>**Sterling, IL 61081** | **Lease for 1008 W. 5th @ 550/m0** |
| **Teresa Scott**<br>**607 13th Avenue**<br>**Sterling, IL 61081** | **Lease of 607 13th Avenue @ 450/mo** |
| **Troy Ingram**<br>**706 Locust, #2**<br>**Sterling, IL 61081** | **Lease of 706 Locust, #2, Sterling @250/mo** |
| **US Cellular**<br>**P.O. Box 7835**<br>**Madison, WI 53707** | **Acct # 200234799**<br>**146.15/ mo** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re __Lonnie Bell Chattic_____,      Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re __Lonnie Bell Chattic_____    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Unknown** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Disabled and Landlord** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b.  Insurance | $ | 0.00 | $ | N/A |
|     c.  Union dues | $ | 0.00 | $ | N/A |
|     d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify):     **See Detailed Income Attachment** | $ | 2,349.40 | $ | N/A |
| 12. Pension or retirement income | $ | 249.00 | $ | N/A |
| 13. Other monthly income<br>(Specify):     **See Detailed Income Attachment** | $ | 5,850.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 8,448.40 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 8,448.40 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 8,448.40 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re **Lonnie Bell Chattic**                                        Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Social Security or other government assistance:**

| | | | |
|---|---|---|---|
| Social Security | $ | 1,166.40 | $ | N/A |
| Social Secuirty for son | $ | 883.00 | $ | N/A |
| Sporadic substitute teaching income | $ | 300.00 | $ | N/A |
| **Total Social Security or other government assistance** | $ | **2,349.40** | $ | **N/A** |

**Other Monthly Income:**

| | | | |
|---|---|---|---|
| 706 Locust Apt #2 | $ | 250.00 | $ | N/A |
| 503 6th Avenue, Apt A | $ | 650.00 | $ | N/A |
| 601 Avenue E | $ | 450.00 | $ | N/A |
| 603 Avenue E | $ | 450.00 | $ | N/A |
| 605 Avenue E | $ | 400.00 | $ | N/A |
| 607 13th Avenue | $ | 450.00 | $ | N/A |
| 1803 4th Avenue | $ | 550.00 | $ | N/A |
| 1205 W. 20th Street | $ | 550.00 | $ | N/A |
| 701 Grace | $ | 400.00 | $ | N/A |
| 1008 W. 5th | $ | 550.00 | $ | N/A |
| 1109 Avenue J | $ | 600.00 | $ | N/A |
| 512 E. 10th | $ | 550.00 | $ | N/A |
| **Total Other Monthly Income** | $ | **5,850.00** | $ | **N/A** |

B6J (Official Form 6J) (12/07)

In re    **Lonnie Bell Chattic**                                                          Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,340.00 |
| a. Are real estate taxes included?    Yes  **X**    No ___ | | |
| b. Is property insurance included?    Yes  **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 200.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 425.00 |
| 8. Transportation (not including car payments) | $ | 50.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 96.40 |
| d. Auto | $ | 92.67 |
| e. Other  **Mortgage Insurance** | $ | 171.50 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 493.00 |
| b. Other  **See Detailed Expense Attachment** | $ | 4,093.40 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 200.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 2,257.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,      $          10,193.97
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 8,448.40 |
| b.   Average monthly expenses from Line 18 above | $ | 10,193.97 |
| c.   Monthly net income (a. minus b.) | $ | -1,745.57 |

**B6J (Official Form 6J) (12/07)**

In re __Lonnie Bell Chattic__                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---|
| Mortagages for Stlg Federal Bank/taxes/mortgages | $ | 3,947.00 |
| income tax deduction from pension payment | $ | 50.00 |
| medicare insurance deduction from ssd | $ | 96.40 |
| **Total Other Installment Payments** | $ | **4,093.40** |

**Other Expenditures:**

| | | |
|---|---|---|
| reserves for expenses- 10% | $ | 400.00 |
| expenses for rentals | $ | 500.00 |
| maintenance | $ | 100.00 |
| electric | $ | 50.00 |
| repairs | $ | 500.00 |
| insurance | $ | 507.00 |
| snow/lawn | $ | 150.00 |
| garbage | $ | 50.00 |
| **Total Other Expenditures** | $ | **2,257.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Lonnie Bell Chattic**                                          Case No. _____
_____                  Chapter    **7**
                                Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __39__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **January 29, 2010**                          Signature    **/s/ Lonnie Bell Chattic**
                                                                 **Lonnie Bell Chattic**
                                                                 Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonnie Bell Chattic**                                    Case No.    _____

                                    Debtor(s)    Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$143,055.00** | **2009 gross rental income** |
| **$731.23** | **2009 substitue teaching income** |
| **$195,390.00** | **2008 gross rental income** |
| **$7,068.00** | **2010 year to date gross rental income** |

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,988.00** | **2009 Pension** |
| **$9,713.00** | **2009 SSD for son** |
| **$12,764.40** | **2009 SSI** |
| **$2,988.00** | **2008 Pension** |
| **$10,020.00** | **2008 SSD for son** |
| **$13,288.80** | **2008 SSI** |

## 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Sterling Federal Bank 410 E. Lincolnway Morrison, IL 61270** | **Monthly payments** | **$1,075.29** | **$37,062.00** |
| **Sterling Federal Bank 410 E. Lincolnway Morrison, IL 61270** | **Monthy payments** | **$2,211.03** | **$82,453.74** |
| **Sterling Federal Bank 410 E. Lincolnway Morrison, IL 61270** | **Monthly payments** | **$633.09** | **$26,788.89** |
| **Sterling Federal Bank 410 E. Lincolnway Morrison, IL 61270** | **Monthly payments** | **$5,318.91** | **$209,776.30** |
| **Sterling Federal Bank 410 E. Lincolnway Morrison, IL 61270** | **Monthly payments** | **$1,386.78** | **$56,467.82** |
| **Sterling Federal Bank 410 E. Lincolnway Morrison, IL 61270** | **Monthly payments** | **$774.90** | **$29,104.33** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **CitiBank**<br>**PO Box18040**<br>**Columbus, OH 43216-3040** | **Monthly payments** | **$4,416.00** | **$209,446.69** |
| **Resurgent**<br>**PO Box 19002**<br>**Greenville, SC 29602-9002** | **Monthly payments** | **$1,647.75** | **$52,304.84** |
| **ASC**<br>**PO Box 1820**<br>**Newark, NJ 07101** | **9/15-10/15-11/15** | **$2,367.00** | **$62,699.75** |
| **Moring Disposal**<br>**PO Box 158**<br>**Forreston, IL 61030-0158** | **Monthly payments** | **$660.00** | **$552.04** |
| **Wells Fargo Bank**<br>**P.O. Box 5296**<br>**Carol Stream, IL 60197** | **Monthly payments** | **$4,170.00** | **$151,532.11** |
| **Sauk Valley Plumber**<br>**326 North Main**<br>**Milledgeville, IL 61051** | **Monthly payments** | **$1,600.00** | **$1,035.96** |
| **Saturn Premium Capital**<br>**2454 South Washington St**<br>**Naperville, IL 60565** | **Fall, 2009** | **$948.99** | **$0.00** |
| **Citizen Bank**<br>**480 Jefferson Blvd**<br>**Warwick, RI 02886** | **Monthly payments** | **$1,479.00** | **$19,257.00** |

None
☐    c.    *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo**<br>**P.O. Box 5296**<br>**Carol Stream, IL 60197**<br>  **daughter** | **monthly payments of 1390 (mortgage for home at 17010 Hoover Rd., Sterling)** | **$16,680.00** | **$155,500.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank v. Lonnie Chattic File No. MX0906002222834** | **National Arbitration** | **Illinois** | **Arbitration award entered 7/22/09** |
| **GE Money Bk v. Chattic; Case No 2009SC617** | **Small Claims** | **Whiteside County, Illinois** | **set for trial 11/30/09** |
| **FIA Card Services, NA v. Chattic;  Case No. 2009SC1022** | **Small Claims** | **Whtieside County, Illinois** | **Filed 7/17/09** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ed King & Son, Inc. v. Chattic; Case No. 2009SC1621** | **Small Claims** | **Whiteside County, Illinois** | **Filed 11/18/09** |
| **Chattic v. Aril Unal; Case No. 2009LM43** | **Forcible Entry** | **Whiteside County, Illinois** | **Judgment entered 4/13/09** |
| **Chattic v. Ned & Kellie Davis; Case No. 2009LM54** | **Forcible Entry** | **Whiteside County, Illinois** | **Judgment entered 5/18/09** |
| **Chattic v. Stern; Case No. 2009LM107** | **Forcible Entry** | **Whiteside County, Illinois** | **Filed 8/24/09** |
| **Chattic v. Bidwell & Bennett; Case No. 2009LM150** | **Forcible Entry** | **Whiteside County, Illinois** | **Judgment entered 11/10/2009** |
| **Pope v. Chattic;  Case No. 2009L45** | **Civil litigaiton** | **Whiteside County, Illinois** | **Case mgt conf 12/1/09** |
| **Bayview Loan Servicing, LLC v. Chattic; Case No. 2009CH25** | **Mortgage Foreclosure: 608-620 E. 3rd, Sterling** | **Whiteside County, Illinois** | **Case mgt conf 11/23/09** |
| **Deutsche Bk Nat'l Bk as trustee Sundview Home v. Chattic; Case No. 2009CH35** | **Mortgage foreclosure: 711 E. 12th Street, Sterling** | **Whiteside County, Illinois** | **Report of Sale approved on 11/5/09** |
| **Wells Fargo Bk as Trustee for Option 1 v. Chattic, et al; Case No.  2009CH39** | **Mortgage foreclosure:  502 W. 6th St., Sterling** | **Whiteside County, Illinois** | **Report of Sale filed 11/5/09** |
| **Wells Fargo Bk as Trustee for Option 1 v. Chattic (Sterling Fed intervened); Case No. 2009CH41** | **Mortgage foreclosure: 705 W. 5th St., Sterling** | **Whiteside County, Illinos** | **Sheriff sale set for 12/3/09** |
| **US Bank Nat'l Assoc v. Chattic;  Case No. 2009CH60** | **Mortgage foreclosure; 1001 6th Ave., Sterling** | **Whiteside County, Illinois** | **Plaintiff granted leave to file amended complaint 11/9/09** |
| **Deutsche Bk Nat'l Trust Co. v. Chattic, et al;  Case No. 2009CH61** | **mortgage foreclosure: 1012 W. 4th, Sterling** | **Whiteside County, Illinois** | **case dismissed on plaintiff's motion 5/11/09** |
| **Barclays Capital Real Estate, Inc. v Chattic;  Case No. 2009CH107** | **mortgage foreclosure: 1104 Douglas Dr., Sterling** | **Whiteside County, Illinois** | **Judgment of foreclosure entered 10/5/09** |
| **Deutsche Bank Nat'l Trust Co. v. Chattic;  Case No. 2009CH116** | **Mortgage foreclosure; 208 E. 6th** | **Whiteside County, Illinois** | **Filed 8/17/09** |
| **US Bank Nat'l Assoc v. Chattic;  Case No. 2009CH173** | **Mortgage foreclosure: 803 W. 4th** | **Whiteside County, Illinois** | **Filed 10/23/09** |
| **Deutsche Bank Nat'l Trust Co. v. Chattic;  Case No. 2009CH192** | **Mortgage foreclosure:  302 W. 4th** | **Whiteside County, Illinos** | **Filed 11/12/09** |
| **Deutsche Bk Nat'l Trust v. Chattic; 2009 CH 200** | **Mortgage foreclosure** | **Whiteside County, IL** | **Complaint filed 11/25/2009** |
| **Chattic v. Creekmore** | **Forcible entry** | **Whiteside County, Illinois** | **Agreed judgment 12/22/09** |
| **State of Illlinos v. Chattic; 2009 TR 486** | **Traffic** | **Whiteside County, IL** | **Fine 8/20/2009** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**See response to question 4.**

### 6.  Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Friendship Temple & Jesus Christ 902 Oak Avenue Sterling, IL 61081** | | | **tithes and offerings $3500** |

### 8.  Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

6

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ehrmann Gehlbach Badger & Lee**<br>**215 E. First Street**<br>**P.O. Box 447**<br>**Dixon, IL 61021** | **12/09** | **950.00** |
| **Rocky Mountain Bank & Trust**<br>**Global Client Solutions Banking Services**<br>**c/o Swift Rock Financial**<br>**Box 81867**<br>**Austin, TX 78708** | **Eleven payments from March, 2008**<br>**through April 1, 2009** | **monthly payments of $1,188.57** |

**credit counseling class**

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Minnie & Clarencye Walker**<br>**1208 E. 14th Street**<br>**Sterling, IL 61081**<br>    **Sister & brother-in-law** | **3/30/2009** | **1208 East 14th Street, Sterling, IL**<br>**Sold for 24,800. Paid mortgage debt of**<br>**23,204.87, with seller receiving no proceeds at**<br>**closing.** |
| **Friendship Temple of Jesus Christ**<br>**902 Oak Avenue**<br>**Sterling, IL 61081**<br>    **None** | **10/09** | **901 Oak Avenue, Sterling, Illinois**<br>**8/22/2009**<br>**Sold for 40,000.00, Paid mortgage debt of**<br>**36,978.86, with seller receiving nothing at**<br>**closing.** |
| **Lennard Chattic**<br>**411 8th Avenue**<br>**Sterling, IL 61081**<br>    **son** | **mid 2009** | **411 8th Avenue, Sterling, IL. Quit Claim deed**<br>**Mid-2009. Son agreed to assume mortgage debt**<br>**of $62,825.00. 2009 market value based upon**<br>**current tax assessment.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

7

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Lynn Chattic** **24 Holly** **Villa Park, IL 60181** | **17010 Hoover, Sterling** | **17010 Hoover, Sterling** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **24 Holly Road** **Sterling, Illinois** | **Lonnie Chattic** | **2004 through July 2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lonnie Chattic** | **xxx-xx-2348** | | **landlord** | **1989 to present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Don Molitor**<br>**204 E. Third St.**<br>**Sterling, IL 61081** | **1989 to present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Don Molitor** | **204 E. Third Street**<br>**Sterling, IL 61081** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

10

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|-------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January 29, 2010**        Signature    **/s/ Lonnie Bell Chattic**
                                                      **Lonnie Bell Chattic**
                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lonnie Bell Chattic**                                                          Case No.
                                                                                         Chapter     **7**
                                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Home Mortg Servicing** | **Describe Property Securing Debt:**<br>**208 E. 6th Sterling, IL (A duplex.  Appraised at 78,000 on 07/23/03; assessed at 19,710.  In foreclosure.)** |

Property will be (check one):

&#9632; Surrendered                         &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**ASC** | **Describe Property Securing Debt:**<br>**411 8th Avenue,  (A single family. Appraised 49,000. on 7/19/04 (in son's name)** |

Property will be (check one):

&#9633; Surrendered                         &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citi Bank** | **Describe Property Securing Debt:**<br>**24 Holly Road, Sterling, IL. (Appraised at 262,000 on 10/31/06.**<br>**Per Sept, 2009 market analysis, now worth $175,000.)** |

Property will be (check one):
☐ Surrendered                ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Citi Bank** | **Describe Property Securing Debt:**<br>**208 E. 6th Sterling, IL (A duplex.  Appraised at 78,000 on**<br>**07/23/03; assessed at 19,710.  In foreclosure.)** |

Property will be (check one):
■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Citi Bank** | **Describe Property Securing Debt:**<br>**803 W. 4th, Serling, IL (A duplex.  Appraised at 58,000 on**<br>**07/23/03; assessed at 15,856.  In foreclosure.)** |

Property will be (check one):
■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page  3

| Property No. 6 | |
| --- | --- |
| **Creditor's Name:**<br>**Citizens Bank** | **Describe Property Securing Debt:**<br>**2006 Path Finder (kkb of 12,575.)** |

Property will be (check one):
&#9633; Surrendered          &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                    &#9633; Not claimed as exempt

| Property No. 7 | |
| --- | --- |
| **Creditor's Name:**<br>**Litton** | **Describe Property Securing Debt:**<br>**302 W. 4th, Sterling, IL   (A single family.  Appraised at**<br>**74,000. on 7/18/06; assessed at 20,672. In foreclosure)** |

Property will be (check one):
&#9632; Surrendered          &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

| Property No. 8 | |
| --- | --- |
| **Creditor's Name:**<br>**Realtax Developers** | **Describe Property Securing Debt:**<br>**302 W. 4th, Sterling, IL   (A single family.  Appraised at**<br>**74,000. on 7/18/06; assessed at 20,672. In foreclosure)** |

Property will be (check one):
&#9632; Surrendered          &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                   Page  4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Resurgent** | **Describe Property Securing Debt:**<br>**24 Holly Road, Sterling, IL. (Appraised at 262,000 on 10/31/06.**<br>**Per Sept, 2009 market analysis, now worth $175,000.)** |

Property will be (check one):
    ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Saxon Mortgage Service** | **Describe Property Securing Debt:**<br>**1012 - 1014 W. 4th, Sterling , IL  (A four plex.  Appraised at**<br>**134,000. on 12/6/06; assessed at 38,935.  In foreclosure)** |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**706 Locust, Sterling, IL  (A five plex. Appraised at 105,000. on**<br>**9/17/2003)** |

Property will be (check one):
    ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**607 13th, Sterling, IL   (A single family.  Appraised at 34,000.<br>on 6/7/2004)** |

Property will be (check one):

☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**1109 Ave. J, Sterling, IL    (A single family.  Appraised at<br>37,000. on 10/4/04)** |

Property will be (check one):

☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**1008 W. 5th, Stering, IL  (A single famly.  Appraised at 40,000.<br>on 2/13/04)** |

Property will be (check one):

☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  6

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**601 Avenue E, Stering, IL    (A single family.  Appraised at 24,000. on 4/18/02)** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**603 Avenue E, Stering, IL  (A single family.  Appraised at 24,000. on 4/18/02)** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**605 Avenue E, Stering, IL  (A single family. Appraised at 24,000. on 4/18/02)** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**1205 W. 20th, Rock Falls, IL   (A single family.  Appraised at 45,200. on 11/02)** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**503 W. 6th Avenue, Stering, IL  (A tri-plex.  Appraised at 115,000. on 11/16/01)** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**Sterling Federal Bank** | **Describe Property Securing Debt:**<br>**1803 4th Avenue, Rock Falls, IL  (A single family.  Appraised at 50,000. on 11/30/04)** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

■ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrew Kennedy** | **Describe Leased Property:**<br>**Lease of 603 Avenue E @ 450/m0** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Cindy Garcia** | **Describe Leased Property:**<br>**Lease of 605 Avenue E @ 400/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Crystal McCloud** | **Describe Leased Property:**<br>**Lease of 1109 Avenue J, Sterling @600/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**Delia Canas** | **Describe Leased Property:**<br>**Lease for 601 Aveue E, Sterling @ 450/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**Guelmari Aquilar** | **Describe Leased Property:**<br>**Lease of 701 Grace Ave., Rock Falls @400/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                    Page  9

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>**James Ferris, DDS** | **Describe Leased Property:**<br>**Contract to pay $250/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

| Property No. 7 | | |
|---|---|---|
| **Lessor's Name:**<br>**Jennifer Turner** | **Describe Leased Property:**<br>**Lease of 512 E. 1th, Sterling @550/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

| Property No. 8 | | |
|---|---|---|
| **Lessor's Name:**<br>**Lennard Chattic** | **Describe Leased Property:**<br>**Oral contract for son to assume mortgage paymetns for 411 8th Ave** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

| Property No. 9 | | |
|---|---|---|
| **Lessor's Name:**<br>**Lynn Chattic** | **Describe Leased Property:**<br>**Oral contract for daughter to assume mortgage debt on 24 Holley, and oral contract for Lonnie to pay daughter's mortgage debt on 17017 Hoover Rd** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

| Property No. 10 | | |
|---|---|---|
| **Lessor's Name:**<br>**Raymond Van Drew** | **Describe Leased Property:**<br>**Lease of 1205 W. 20th, Rock Falls @ 550/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

| Property No. 11 | | |
|---|---|---|
| **Lessor's Name:**<br>**Rocky Mountain Bank & Trust** | **Describe Leased Property:**<br>**Debt consolidation contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

| Property No. 12 | | |
|---|---|---|
| **Lessor's Name:**<br>**Shirley Adams** | **Describe Leased Property:**<br>**Lease of 1803 W. 4th Ave, Rock Falls @ 550/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

| Property No. 13 | | |
|---|---|---|
| **Lessor's Name:**<br>**Teresa Scott** | **Describe Leased Property:**<br>**Lease of 607 13th Avenue @ 450/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

B8 (Form 8) (12/08)                                                                                          Page 10

| Property No. 14 | | |
|---|---|---|
| **Lessor's Name:**<br>**Troy Ingram** | **Describe Leased Property:**<br>**Lease of 706 Locust, #2, Sterling @250/mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

| Property No. 15 | | |
|---|---|---|
| **Lessor's Name:**<br>**US Cellular** | **Describe Leased Property:**<br>**Acct # 200234799**<br>**146.15/ mo** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |


**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **January 29, 2010**                          Signature   **/s/ Lonnie Bell Chattic**

                                                                  **Lonnie Bell Chattic**

                                                                  Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lonnie Bell Chattic**
_____   Case No. _____
                                    Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................   $ _____**950.00**

    Prior to the filing of this statement I have received ....................   $ _____**950.00**

    Balance Due ..................................................................................   $ _____**0.00**

2.  $ __**299.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 29, 2010**
_____

**/s/ Megan G. Heeg**
**Megan G. Heeg**
**Ehrmann Gehlbach Badger & Lee, LLC**
**215 E. First Street**
**P.O. Box 447**
**Dixon, IL 61021**
**815-288-4949  Fax: 815-288-3068**
**heeg@egbbl.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonnie Bell Chattic** _____    Case No. _____
                                    Debtor(s)          Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Lonnie Bell Chattic** | X **/s/ Lonnie Bell Chattic**                **January 29, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor                          Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)           Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lonnie Bell Chattic**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **163**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January 29, 2010**

**/s/ Lonnie Bell Chattic**

**Lonnie Bell Chattic**
Signature of Debtor

```
AHMS
P.O Box 631730
Irving, TX 75063-1730


AHMS
P.O. Box 631730
Irving, TX 75063-1730


AHMS
P.O.Box 631730
Irving, TX 75063-1730


Alecsis Pope
c/o Daniel J. Depke, Kanoski & Assc
2540 Broadway
Quincy, IL 62301


Allstate Indemnity Company
P.O. Box 3589
Akron, OH 44309-3589


Allstate Indemnity Company
P.O. Box 3589
Akron, OH 44309-3589


Allstate Indemnity Company
P.O. Box 3589
Akron, OH 44309-3589


AMC Mortage Services
Attn: Bankruptcy Dept.
Po Box 11000
Santa Ana, CA 92711


AMC Mortgage Services
Attn: Bankruptcy Dept.
Po Box 11000
Santa Ana, CA 92711


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355
```

American Home Mortg Servicing
as successor to Option One
P.O. Box 631730
Irving, TX 75063-1730


American Home Mortg Servicing
as Successor to Option 1
P.O. Box 631730
Irving, TX 75063-1730


American Home Mtg Servicing, Inc.
1525 S. Beltline Rd
Coppell, TX 75019


American Home Mtg Srv
Attn: Bankruptcy
4600 Regent Blvd
Irving, TX 75063


American Home Mtg Srv
Attn: Bankruptcy
4600 Regent Blvd
Irving, TX 75063


American Home Mtg Srv
Attn: Bankruptcy
4600 Regent Blvd
Irving, TX 75063


Americas Servcing Co.
Attn: Bankruptcy
1 Home Campus
Des Moines, IA 50328


Americas Servicing Co
Attn: Bankruptcy
1 Home Campus
Des Moines, IA 50328


Andrew Kennedy
603 Avenue E
Sterling, IL 61081


ASC
P.O. Box 10388
Des Moines, IA 50306-0388

ASC
P.O. Box 10388
Des Moines, IA 50306-0388


Barclays Capital Real Estate, Inc.
c/o Codillis & Associates
15W030N. Frontage Rd
Willowbrook, IL 60527


Bayview
PO BOx 3042
Miami, FL 33233-1409


Bayview
PO Box 3042
Miami, FL 33233-1409


Bayview Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146


Bayview Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146


Bayview Loan Servicing, LLC
Box 3042
Miami, FL 33233-1049


Bk Of Amer
Po Box 17054
Wilmington, DE 19850


Bk Of Amer
Po Box 1598
Norfolk, VA 23501


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Brand Heating
203 W Main Street
Rock Falls, IL 61071


Caine & Weiner
Box 5010
Woodland Hills, CA 91365


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


CCS
P.O. Box 55126
Boston, MA 02205-5126


CCS
PO Box 55126
Boston, MA 02205-5126


CCS
P O Box 55126
Boston, MA 02205-5126


Chase
800 Brooksedge Blv
Westerville, OH 43081


Chase
201 N. Central Ave Floor 11
Phoenix, AZ 85004


Chase Auto
150 E Campusview
Worthington, OH 43235

Chase Std Ln
Po Box 6004
Ridgeland, MS 39158


Cindy Garcia
605 Avenue E
Sterling, IL 61081


Citi Bank
Box 5926
Carol Stream, IL 60197-5926


Citi Bank
P.O. Box 5926
Carol Stream, IL 60197-0592


Citi Bank
PO Box 5926
Carol Stream, IL 60197-0592


Citi Residential Lending
Attn: Bankruptcy Dept
Po Box 11000
Santa Ana, CA 92711


Citi Residential Lending
Attn: Bankruptcy Dept
Po Box 11000
Santa Ana, CA 92711


Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citizens Bank
480 Jefferson Blvd
Rje 135
Warwick, RI 02886


Consecofin
345 St Peter/900 Landmk
Saint Paul, MN 55102

Crystal McCloud
1109 Avenue J
Sterling, IL 61081


Delia Canas
601 Aveune E
Sterling, IL 61081


Deutsche Bank Nat'l Trust Co
c/o Pierce & Assoc.
1 North Dearborn
Chicago, IL 60602


Deutsche Bank Nat'l Trust Co.
c/o Freedman, Anselmo, Lindberg
1801 W. Piehl Road
Naperville, IL 60566-7228


Deutsche Bank Nat'l Trust Co.
c/o Pierce & Assoc.
1 North Dearborn
Chicago, IL 60602


Deutsche Bank Nat'l Trust Co.
c/o Pierce & Assoc.
1 North Dearborn
Chicago, IL 60602


Dish Network
Dept 0063
Palatine, IL 60055-0063


Dpt Ed/slm
1002 Arthur Dr
Lynn Haven, FL 32444


Dpt Ed/slm
1002 Arthur Dr
Lynn Haven, FL 32444


Ed King & Son, Inc.
8 W 5th St
Sterling, IL 61081

Exxon Mobile/GE Consumer Finance
Po Box 103104
Roswell, GA 30076


Fashion Bug/soanb
Attn: Bankruptcy
6356 Corley Rd
Norcross, GA 30091


FIA Card Services, NA
Client Services
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


Financial Recovery Services
Box 385908
Minneapolis, MN 55438-5908


First Source
205 Bryant Woods South
Buffalo, NY 14228


First Source Advantage LLC
Box 628
Buffalo, NY 14240


Frederick J. Hanna & Assoc.
1427 Rosewell Road
Marietta, GA 30062


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Rd. Suite 333
Naperville, IL 60566


Freedman, Anselmo, Lindberg & Rappe
1807 W. Diehl Rd., Suite 333
Naperville, IL 60566


Freeport- Cental Business Office
Dr. Khan
PO Box 268
Freeport, IL 61032

GE Money Bank
P.O. Box 105980
Atlanta, GA 30353


Gemb/jcp
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076


Gemb/walmart
Po Box 981400
El Paso, TX 79998


Gemb/walmart
Po Box 981400
El Paso, TX 79998


GMAC
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034


Guelmari Aquilar
701 Grace Avenue
Rock Falls, IL 61071


Harris Bank Nh, N.a.
3565 Piedmont Rd Ne
Atlanta, GA 30305


Heavner, Scott, Beyers & Mihlar
Box 740
Decatur, IL 62525


Home Eq
PO Box 70830
Charlotte, NC 28272-0830


Homeq
Attn: Bankruptcy Dept
1100 Corporate Center
Raleigh, NC 27607

```
Hsbc/brgnr
PO Box17264
Baltimore, MD 21297-1264


James Ferris, DDS
2000 N Locust St
Suite B
Sterling, IL 61081


James Ferris, DDS
2000 N Locust St
Suite B
Sterling, IL 61081


Jennifer Turner
512 E. 10th
Sterling, IL 61081


Kanoski & Associates
237 E. Front Street
Bloomington, IL 61701


Ken Burnell
Home Town Realty
303 S. Peoria
Dixon, IL 61021


KGH Investment
1050 Lincoln Highway
Rochelle, IL 61068


King's Plumbing
8 W Fifth st
Sterling, IL 61081


Kluever & Platt, LLC
65 E. Wacker Place
Suite 2300
Chicago, IL 60601


Leading Edge Recovery
Box 129
Linden, MI 48451
```

Lennard Chattic
411 8th Avenue
Sterling, IL 61081


Litton
PO Box 4387
Houston, TX 77210-4387


Litton Loan Servicing
Attn: Bankruptcy
4828 Loop Central Drive
Houston, TX 77081


LVNC Funding
P.O. Box 740281
Houston, TX 77274


Lvnv Funding
Po Box 740281
Houston, TX 77274


Lynn Chattic
24 Holly Road
Sterling, IL 61081


Marvin Ripley
300 First Avenue
Suite 200
Rock Falls, IL 61071


Moring Disposal
PO Box 158
Forreston, IL 61030-0158


Moss Codilis, L.L.P.
6560 Greenwood Plaza Blvd
Suite 100
Englewood, CO 80111-7100


Mt. Morris Savings & Loan
18 W. Main Street
Mount Morris, IL 61054

```
Nationwide Credit
2015 Vaugh Rd NW
Suite 400
Kennesaw, GA 30144-7802


Nationwide Credit
2015 Vaugh Rd NW
Suite 400
Kennesaw, GA 30144-7802


Nationwide Credit Inc.
2015 Vaughn Road NW, Ste. 400
Kennesaw, GA 30144-7802


Northland Group, Inc.
P.O. Box 390905
Minneapolis, MN 55439


Novastar Financial
Attn: Customer Relations/bktcy
Po Box 163405
Fort Worth, TX 76161


Phillips & Cohen Assoc.
Box 48458
Oak Park, MI 48237


Pierce & Associates
Suite 1300
1 North Dearborn
Chicago, IL 60602


Pierce & Associates
1 North Dearborn
Chicago, IL 60602


Pierce & Associates
1 North Dearborn
Chicago, IL 60602


Raymond Van Drew
1205 W. 20th
Rock Falls, IL 61071
```

Realtax Developers
PO Box 3021
Peoria, IL 61612


Realtax Developers
PO Box 3021
Peoria, IL 61612


Realtax Developers
PO Box 3021
Peoria, IL 61612


Realtax Developers
PO Box 3021
Peoria, IL 61612


Realtax Developers
PO Box 3021
Peoria, IL 61612


Resurgent
Box 10826
Greenville, SC 29603


Resurgent
15 S. Main St. #700
Greenville, SC 29601


Reyna Nunez
503 6th Avenue
Sterling, IL 61081


Rocky Mountain Bank & Trust
a/k/a Swift Rock Financial
9820 E. 41st St., Ste 400
Tulsa, OK 74146


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444

Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Salta Group, Inc.
666 Vernon Ave
Glencoe, IL 60022


Sauk Valley Plumber
326 North Main
Milledgeville, IL 61051


Saxon Mortgage Service
PO Box 2900
Mission, KS 66201


Saxon Mortgage Service
3708 Mercantile Dr. North
Fort Worth, TX 76137


Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57117


Shirley Adams
1803 4th Avenue
Rock Falls, IL 61071


Sterling Federal
110 E. 4th Street
Sterling, IL 61081

```
Sterling Federal
110 E. 4th Street
Sterling, IL 61081


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270
```

Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
410 E. Lincolnway
Morrison, IL 61270


Sterling Federal Bank
110 E. 4th Street
Sterling, IL 61081


Swift Rock Financial
P.O. Box 81867
Austin, TX 78708


Tammy Baker
1008 W. 5th
Sterling, IL 61081


Teresa Scott
607 13th Avenue
Sterling, IL 61081


Terminix
328 E. 59th Street
Davenport, IA 52807


Terminix
328 E. 59th Street
Davenport, IA 52807


Terminix
328 E. 59th Street
Davenport, IA 52807


Troy Ingram
706 Locust, #2
Sterling, IL 61081


US Bank Nat'l Assoc
c/o Codilis & Assoc.
15 W. 030 North Frontage Rd. St 100
Willowbrook, IL 60527

US Bank Nat'l Assoc
c/o Codilis & Assoc.
15 W. 030 N. Frontage Rd. St 100
Willowbrook, IL 60527


Us Bank/na Nd
Attn: Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201


US Cellular
P.O. Box 7835
Madison, WI 53707


Wach Ed Fin
Po Box 13667
Sacramento, CA 95853


Wells Fargo
Kluever & Platt LLC
65 E. Wacker Dr., Suite 2300
Chicago, IL 60601


Wells Fargo Bk, as Trustee Option 1
PO Box 631730
Irving, TX 75063-1730


Wells Fargo Co
c/o Pierce & Assoc.
1 North Dearborn
Chicago, IL 60602